## 34921. MUNDAY v. MUNDAY.

UNDERCOFLER, Presiding Justice.

The mother and father were divorced in Fayette County in 1973. On January 10, 1979, the father brought a motion for change of visitation relying on Code Ann. §§ 30-127, 50-121, and 74-107. The Georgia Child Custody Intrastate Jurisdiction Act of 1978, Code Ann. Ch. 24-3B; Ga. L. 1978, p. 1957, became effective January 1, 1979,

and applies to all custody[1] questions filed thereafter. This Act specifically provides that "[t]he use of a complaint in the nature of habeas corpus seeking a change of child custody is hereby prohibited." Code Ann. § 24-304b (d).

Since jurisdiction of custody cases in this court was predicated upon our habeas corpus jurisdiction, we no longer have a jurisdictional basis for entertaining such appeals not also involving a judgment for divorce. This case is accordingly transferred to the Court of Appeals.

*Transferred to the Court of Appeals. All the Justices concur, except Jordan and Hall, JJ., who dissent.*

Submitted May 18, 1979 — Decided June 27, 1979.

*J. Eugene Wilson,* for appellant.
*Read, Huddleston & Medori, Charles D. Read,* for appellee.

---

[1] "'Custody' includes visitation rights." Code Ann. § 24-303b (c).